

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

March 1, 1962

Honorable Bill Pemberton          Opinion No. WW-1268
County Attorney
Hunt County                       Re:  Does Article 286, V.P.C.,
Greenville, Texas                      apply to keepers of drug
                                       stores as set out in
Dear Mr. Pemberton:                    Article 287, V.P.C.?

          We have your letter requesting an opinion on the
following question:

          "Does Article 286a  Vernon's Annotated
          Penal Code which concerns the prohibition
          of the sale of goods on both the two con-
          secutive days of Saturday and Sunday within
          the State of Texas apply to keepers of
          drug stores as set out in Article 287 VAPC
          of the State of Texas?"

          Section 1 of Senate Bill 35, First Called Session,
57th Legislature (Art. 286a, V.P.C.), lists the items which
cannot be sold on the two consecutive days of Saturday and
Sunday.  Nowhere within the enumerated  items do we find
drugs, medicines, foods, or newspapers.  Attorney General's
Opinion No. O-2293 sets out the items that drug stores are
privileged to sell.  A copy of that opinion is attached
hereto.  We affirm that opinion herein.  Under the provi-
sions of Article 287, Vernon's Penal Code, keepers of drug
stores are exempt from Article 286, V.P.C., which prohibits
the sale, barter, or opening of a place of business for the
purpose of traffic or public amusement.

          Inasmuch as Section 5a of Article 286a specifically
does not repeal Articles 286 and 287, we hold that drug
stores do not come within its prohibition insofar as drugs,
medicines, foods, or newspapers are concerned, and that
Articles 287 and 286 apply to that business.

S U M M A R Y

Article 286a, Vernon's Penal Code, does
not cover or apply to keepers of drug stores.

Very truly yours,

WILL WILSON
Attorney General of Texas

By
   Norman V. Suarez
   Assistant Attorney General

NVS:sh

Enclosure

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
Charles Hewel
Ivan Williams
Jim Broadhurst

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.